# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

### 2025 ND 67

In the Matter of the Vacancy in Judgeship No. 1, with Chambers in Minot, North Central Judicial District

### No. 20250044

**Per Curiam.**

[¶1]   On February 19, 2025, Governor Kelly Armstrong notified the Supreme Court of the retirement of the Honorable Douglas L. Mattson, Judge of the District Court, North Central Judicial District, effective June 1, 2025. Judge Mattson's retirement creates a vacancy under N.D.C.C. § 27-05-02.1.

[¶2]   Under N.D.C.C. § 27-05-02.1, within 90 days of receiving notice of a vacancy, this Court is required to determine whether the office is necessary for effective judicial administration. This Court may, consistent with that determination, order the vacancy filled, order the vacant office transferred to another judicial district in which an additional judge is necessary, or abolish the vacant judicial office, with or without a transfer.

[¶3]   Under N.D. Sup. Ct. Admin. R. 7.2, notice of a written consultation with attorneys and judges and other interested persons in the North Central Judicial District was posted February 21, 2025, on the website of the Supreme Court regarding the vacancy created by Judge Mattson's retirement in Judgeship No. 1. Written comments on the vacancy were permitted through March 21, 2025. This procedure is sufficient for purposes of the consultation required under N.D.C.C. § 27-05-02.1.

[¶4]   Comments regarding filling the vacancy were received, and a report containing population and caseload trends, and other criteria identified in N.D.

Sup. Ct. Admin. R. 7.2, Section 4, was filed March 14, 2025, by the North Central Judicial District. The State Court Administrator filed weighted caseload statistics for calendar years 2023 and 2024 for the North Central Judicial District and statewide.

[¶5] The North Central Judicial District is comprised of Burke, Mountrail, and Ward Counties. The District has five judges chambered in Minot and one judicial referee. The judges participate in a calendar rotation of one week of criminal master calendar, one week of criminal trials, one week of opinion, and two weeks mainly consisting of civil trials and motion hearings. The judges and referee are committed to traveling to Burke and Mountrail counties to hold court in person rather than by reliable electronic means.

[¶6] The population in the district increased 12% from 2010 to 2022 with Mountrail County experiencing the largest percent of population increase. The weighted caseload statistics show the two-year average need for judicial officers in the North Central Judicial District decreased from 6.00 to 5.96 from 2022-2023 to 2023-2024, resulting in an overage of 0.04. The caseload increased 834 from 2023 to 2024. The weighted caseload stated that the overage was due to an increase in contract or collection and administrative cases and a decrease in more resource-intensive felony cases. Vacating or moving this judgeship would create a shortage in the district and make it difficult to provide effective judicial services.

[¶7] Under the criteria of Section 4 of N.D. Sup. Ct. Admin. R. 7.2, this Court has considered all submissions and its own administrative records on statewide weighted caseload data.

[¶8] Based on the record before us, this Court determines this office is necessary for effective judicial administration in its present location.

[¶9] IT IS HEREBY ORDERED, that Judgeship No. 1 at Minot in the North Central Judicial District be filled in the manner provided by N.D.C.C. ch. 27-25.

[¶10] Jon J. Jensen, C.J.
        Daniel J. Crothers

2

Lisa Fair McEvers

Jerod E. Tufte

Douglas A. Bahr